| | |
|---|---|
| 1 | Robert M. Fineman (SBN 188211) |
| 2 | Christian P. Foote (SBN 240919) |
|   | **DUANE MORRIS LLP** |
| 3 | Spear Tower |
|   | One Market Plaza, Suite 2200 |
| 4 | San Francisco, CA  94105-1127 |
|   | Telephone: +1 415 957 3000 |
| 5 | Fax: +1 415 957 3001 |
|   | E-mail:rmfineman@duanemorris.com |
| 6 |        cpfoote@duanemorris.com |
| 7 | Attorneys for Defendant |
|   | ELAN FINANCIAL SERVICES |
| 8 | Crosby S. Connolly, Esq. (SBN 286650) |
|   | Robert L. Hyde, Esq. (SBN 227183) |
| 9 | HYDE & SWIGART |
|   | 2211 Camino Del Rio South, Suite 101 |
| 10 | San Diego, CA 92108-3609 |
|   | Telephone: +1 619 233 7770 |
| 11 | Fax: +1 619 297 1022 |
|   | E-mail: crosby@westcoastlitigation.com |
| 12 |        bob@westcoastlitigation.com |
| 13 | Attorneys for Plaintiff |
|   | IAN COOKE |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IAN COOKE, | Case No.: 3:13-cv-05906-LB |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-2); [P̶r̶o̶p̶o̶s̶e̶d̶ ORDER]** |
| v. | |
| ELAN FINANCIAL SERVICES, | |
| Defendant. | |
| | **Complaint Served**: February 7, 2014 |
| | **Current Response Date**: February 28, 2014 |
| | **New Response Date**: March 17, 2014 |
| | Judge:  Magistrate Judge Laurel Beeler |
| | Complaint Filed:     December 20, 2013 |

Stipulation to Extend Time to Respond to Initial Complaint; [P̶r̶o̶p̶o̶s̶e̶d̶ Order]
Case No. 3:13-cv-05906-LB

1    Defendant Elan Financial Services, by and through its attorneys of record, and Plaintiff, Ian
2    Cooke, by and through his attorneys of record, hereby stipulate and agree as follows:
3    WHEREAS, Plaintiff's Initial Complaint was filed on December 20, 2013, and served on
4    February 7, 2014;
5    WHEREAS, Defendant's response to Plaintiff's Initial Complaint is currently due on
6    February 28, 2014;
7    WHEREAS, Defendant has not requested or obtained any prior extensions to respond to the
8    Initial Complaint;
9    WHEREAS, pursuant to Local Rule 6-2, counsel for Defendant and counsel for Plaintiff
10   have agreed to extend the period of time in which Defendant may answer or otherwise plead in
11   response to Plaintiff's Initial Complaint by no later than March 17, 2014;
12   WHEREAS, at the time the complaint was filed on December 20, 2013, the Court issued an
13   Order Setting Initial Case Management Conference And ADR Deadlines, which set an Initial Case
14   Management Conference on March 20, 2014 and other pre-trial deadlines.  The Order states that if
15   the Initial Case Management Conference is continued, the other pre-trial deadlines are continued
16   accordingly;
17   WHEREAS, the first pre-trial deadline in the Order is February 27, 2014 for the parties to
18   meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery
19   plan and for the parties to file an ADR certification and related ADR filings and this date occurs
20   prior to the first potentially required response to the Initial Complaint by defendant which would be
21   February 28, 2014 at the earliest based upon the February 7, 2014 date of service of the summons
22   and Initial Complaint;
23   WHEREAS, pursuant to Local Rule 6-2, counsel for Defendant and counsel for Plaintiff
24   request that the date for the Initial Case Management Conference and all deadlines prior to that
25   conference be continued for a period of at least 30 days after the current date of March 20, 2014 or
26   such other time ordered by the Court so that there is an adequate period of time for Defendant to
27   respond to the Initial Complaint and for the parties to have an adequate opportunity to meet and
28   confer.

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN COUNSEL AS FOLLOWS:

Defendant shall have up to and including March 17, 2014 within which to move, answer, or otherwise respond to Plaintiff's Initial Complaint.

Defendant and Plaintiff request that the date for the Initial Case Management Conference and all deadlines prior to that conference be continued for a period of at least 30 days after the current date of March 20, 2014 or such other time ordered by the Court so that there is an adequate period of time for Defendant to respond to the Initial Complaint and for the parties to have an adequate opportunity to meet and confer on the required issues.

IT IS SO STIPULATED

Dated: February 27, 2014         **DUANE MORRIS LLP**

                                 By:    /s/ *Robert M. Fineman*
                                        Robert M. Fineman

                                 Attorneys for Defendant
                                 ELAN FINANCIAL SERVICES

Dated: February 27, 2014         **HYDE & SWIGART**

                                 By:    /s/ *Crosby S. Connolly*
                                        Crosby S. Connolly
                                        Robert L. Hyde

                                 Attorneys for Plaintiff
                                 IAN COOKE

1 **[PROPOSED] ORDER**

2 Pursuant to stipulation, and good cause appearing therefore, the Court ORDERS as follows:

3 The responsive pleading deadline for Elan Financial Services to the Initial Complaint is

4 March 17, 2014.

5 The Initial Case Management Conference is continued until __April 24__, 2014 and all

6 other deadlines in the December 20, 2013 Order Setting Initial Case Management Conference And

7 ADR Deadlines are also continued accordingly. at 11:00 a.m. A Joint Case Management Statement due April 17, 2014

9 SO ORDERED.

10 Date: March 17, 2014                        _____
                                                Magistrate Judge Laurel Beeler