| | |
|---|---|
| 1 | Robert M. Fineman (SBN 188211) |
| | Christian P. Foote (SBN 240919) |
| 2 | **DUANE MORRIS LLP** |
| | Spear Tower |
| 3 | One Market Plaza, Suite 2200 |
| | San Francisco, CA  94105-1127 |
| 4 | Telephone: 415 957 3000 |
| | Fax: 415 957 3001 |
| 5 | E-mail:rmfineman@duanemorris.com |
| | cpfoote@duanemorris.com |
| 6 | |
| | Attorneys for Defendant |
| 7 | ELAN FINANCIAL SERVICES |
| 8 | |
| | Crosby S. Connolly (SBN 286650) |
| 9 | Robert L. Hyde (SBN 225557) |
| | **Hyde & Swigart** |
| 10 | 2221 Camino Del Rio South, Suite 101 |
| | San Diego, CA  92108-3609 |
| 11 | T:  619.233.77770 |
| | F:  619.297.1022 |
| 12 | Email: crosby@westcoastlitigation.com |
| | bob@westcoastlitigation.com |
| 13 | |
| | Attorneys for Plaintiff |
| 14 | IAN COOKE |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | IAN COOKE, | Case No.: 3:13-cv-05906-LB |
| 20 | Plaintiff, | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF IAN COOKE AND ELAN FINANCIAL SERVICES AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** : ORDER |
| 21 | v. | |
| 22 | ELAN FINANCIAL SERVICES, | |
| 23 | Defendant. | |
| 24 | | Judge:   Magistrate Judge Laurel Beeler |
| | | Complaint Filed:     December 20, 2013 |

Plaintiff Ian Cooke and Defendant Elan Financial Services (collectively the "Parties") hereby give notice that that Parties have reached an informal resolution of all claims in the matter currently pending before the Court. The Parties expect to have a written confidential settlement agreement fully executed and a separate request for dismissal with prejudice of the entire action filed with the Court within the next 30 days. Accordingly, the Parties jointly stipulate to and request that the Court continue the Case Management Conference currently scheduled for April 24 until June 19, 2014, which is a date the Court Clerk advised the Parties to request for the continuance of the Case Management Conference.

Dated: April 22, 2014    **DUANE MORRIS LLP**

By:    /s/  Robert M. Fineman
Robert M. Fineman
Christian P. Foote

Attorneys for Defendant
ELAN FINANCIAL SERVICES

Dated: April 22, 2014    **HYDE & SWIGART**

By:    /s/  Crosby S. Connolly
Crosby S. Connolly
Robert L. Hyde

Attorneys for Plaintiff
IAN COOKE

```
Case Management Conference set for June 19, 2014 at 11:00 a.m.  A Joint Case
Management Statement due June 12, 2014.
DATED:  April 23, 2014
```



APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA